UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: LEON EUGENE MORRIS,<br>Plaintiff. | Case No. 15-cv-01858-WHO (PR)<br>Case No. 15-cv-02169-WHO (PR)<br><br>**ORDER EXTENDING TIME**<br>Dkt. Nos. 5 and 6 |

Plaintiff Leon Morris's motions to extend time to respond to the Order to Show Cause ("OSC") issued in each case listed above (Docket Nos. 5 and 6) are GRANTED. His response to each OSC shall be filed in each case on or before November 30, 2015. **No further extensions of time will be granted.**

The Clerk shall terminate Docket No. 5 in Case No. 15-2169 and Docket No. 6 in Case No. 15-1858.

**IT IS SO ORDERED.**

**Dated:** October 13, 2015

WILLIAM H. ORRICK
United States District Judge