UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON EUGENE MORRIS,<br>        Plaintiff,<br>    v.<br>IPPOLITO, et al.,<br>        Defendants. | Case No. 15-cv-01858-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff Morris has not complied with the Court's order to file an amended complaint. Accordingly, this civil rights action is DISMISSED (without prejudice) for failing to respond to the Court's order and for failure to prosecute, *see* Federal Rule of Civil Procedure 41(b). Because this dismissal is without prejudice, Morris may move to reopen the action. Any motion to reopen must be accompanied by an amended complaint that complies in all respects with the Court's order dismissing the complaint with leave to amend. (Dkt. No. 23.)

The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** September 7, 2018

_____
WILLIAM H. ORRICK
United States District Judge